466 A.2d 715

Commonwealth v. Mihalik.

Appeal of Commonwealth of Pennsylvania, Department of Revenue.

Argued May 19, 1982. Christos A. Katsaounis, for appellant; John W. Taylor, submitted a brief on behalf of participating party.

Before HESTER, McEWEN and JOHNSON, JJ.

The order of the learned Cambria County Common Pleas Court Judge Eugene A. Creany is affirmed.

466 A.2d 715

Commonwealth v. Palko, Appellant.

Submitted January 20, 1983. Jonathan Blum, Assistant Public Defender, for appellant; Robert J. Gilliespie, Jr., District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Judgments of sentence are affirmed.